## Sam Loven v. The People ex rel. Dr. Peter Fahrney & Sons Company.

1.  CONTEMPT OF COURT—*Disobedience to an Injunction.*—It is no defense to a charge for disobeying an injunction to say that the persons he was enjoined from corresponding with, wrote to him first.

**Memorandum.**—Contempt proceedings.  Appeal from the Circuit Court of Cook County; the Hon. MURRAY F. TULEY, Judge, presiding. Affirmed.  Opinion filed February 12, 1895.

COLLINS, GOODRICH, DARROW & VINCENT, solicitors for appellant.

HENRY C. NOYES and I. K. BOYESEN, attorneys for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.
On the 12th day of November, 1894, this court affirmed the decree of the Circuit Court by which, *inter alia*, the appellant was enjoined "from in any manner corresponding or communicating (in any way) with the agents and customers of said complainant (Doctor Peter Fahrney & Sons Company), or soliciting said customers or agents to purchase medicines sold by defendant in the sale of medicine of any kind."

He has done what he was thus enjoined not to do, and his excuse is that such agents and customers wrote to him first, and that the correspondence and solicitation on his part were in reply.    That is no excuse.    The injunction

was for the protection of the Fahrney & Sons Co., and the injury to it is the same, regardless of how the correspondence commenced.

The order punishing him for contempt in disobeying the injunction by ten days imprisonment, is affirmed.